# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| CACI Enterprise Solutions, Inc. | ) | ASBCA No. 60563 |
| | ) | |
| Under Contract Nos. N00024-01-C-4017 | ) | |
| N00140-04-D-M927 | ) | |

APPEARANCES FOR THE APPELLANT:   J. William Koegel, Jr., Esq.
  General Counsel
Elizabeth M. Gill, Esq.
  Deputy General Counsel

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Cara A. Wulf, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Boston, MA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  30 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No.60563, Appeal of CACI Enterprise Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals